**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUAN DAVID TORRES-VASQUEZ, | No. 19-71560 |
| Petitioner, | Agency No. A203-290-712 |
| v. | |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 2, 2020**

Before:      LEAVY, PAEZ, and BENNETT, Circuit Judges.

Juan David Torres-Vasquez, a native and citizen of Colombia, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's ("IJ") decision denying a waiver of inadmissibility.

We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary decision denying a

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

waiver of inadmissibility under 8 U.S.C. § 1182(h)(1)(B), where Torres-Vasquez does not raise a colorable due process claim or question of law. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Mendoza v. Holder*, 623 F.3d 1299, 1302 (9th Cir. 2010). We also lack jurisdiction to review Torres-Vasquez's unexhausted contention that the IJ should have allowed him additional opportunity to submit corroborating evidence. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) (the court "lack[s] jurisdiction to review legal claims not presented in an alien's administrative proceedings before the BIA.").

Torres-Vasquez's motion for a stay of removal is denied as moot.

**PETITION FOR REVIEW DISMISSED.**